Commonwealth ex rel. Jones, Appellant, *v.* Maroney.

Submitted April 18, 1955. Before RHODES, P. J., HIRT, ROSS, GUNTHER, WRIGHT, WOODSIDE, and ERVIN, JJ.

566

*Hayden C. Jones, Jr.,* appellant, in propria persona.

*James F. Malone, Jr.,* District Attorney, and *Albert A. Fiok,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, July 21, 1955:

The order of the court below dismissing relator's petition for writ of habeas corpus is affirmed on the opinion of Judge MONTGOMERY.